IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY THIEMAN, f/k/a Kimberly Redwine, and a/k/a Kimberly Shelton, | ) ) ) | CASE NO. 8:17-CV-57 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| LINCOLN NATIONAL CORPORATION d/b/a Lincoln Financial Group and f/k/a Jefferson Pilot Insurance Company | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation (Filing No. 11) to allow Plaintiff to file a First Amended Complaint (Filing No. 11-1).

Having reviewed the parties' Stipulation, and good cause appearing, the Court finds that the Stipulation should be entered and Plaintiff should be granted leave to file the First Amended Complaint.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff is granted leave to amend her Complaint and file the First Amended Complaint with the Court.

2. Defendants' responsive pleading(s) shall be due thirty (30) days after the First Amended Complaint is filed.

3. The First Amended Complaint is hereby deemed to have been filed as of the date that the parties' Joint Stipulation (Filing No. 11) was filed. Plaintiff shall file her First Amended Complaint as a separate entry on the Court's docket sheet by April 21, 2017.

Dated this 20th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge