IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY THIEMAN, f/k/a Kimberly Redwine and a/k/a Kimberly Shelton,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN NATIONAL CORPORATION d/b/a Lincoln Financial Group and f/k/a Jefferson Pilot Insurance Company,<br><br>Defendants. | 8-17-CV-57<br><br>JUDGMENT |

On the parties' Stipulation for Dismissal with Prejudice (filing 29), this action is dismissed with prejudice, each party to bear its own costs and fees.

Dated this 7th day of December, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge